**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**LUTHER SPENCER,**

    **Plaintiff,**

    v.

**GOVERNOR JOHN R. KASICK, et al.,**

    **Defendants.**

Case No. 2:14-cv-615

**JUDGE ALGENON L. MARBLEY**

**Magistrate Judge Deavers**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 29, 2015 Opinion and Order, the Court ADOPTED THE Report and Recommendation, OVERRULED Plaintiff's Objections.  This case is DISMISSED.

**Date:  January 29, 2015**        **John Hehman, Clerk**

                                                  s/Betty L. Clark
                                           Betty L. Clark/Deputy Clerk